UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Terry Tucker Esq-TT8409
80 W Broad St
Bridgeton, NJ 08302
On Behalf of Debtor

In Re: Ethel Hermenau

Case No.: 18-28489/JNP
Adv. No.:
Hearing Date:
Judge:

Order Filed on October 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## Order Dismissing Lis Pendens

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: October 11, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Ethel Hermenau
Case No: 18-28489/JNP
Caption of Order: Extending Automatic Stay

---

Upon the Motion of Terry Tucker, on behalf of Debtor Ethel Hermenau, and for good case shown;

IT IS ORDERED AND ADJUDGED THAT:

That the Clerk of the Superior Court, Atlantic County, be and is authorized to dismiss Lis Pendens dated on 12/05/2017, under docket # F-026989-17, under instrument # 2017069799, relating to mortgage dated 10/4/2005 and recorded in the Office of the Atlantic County Recorder on 10/13/2005 in book instrument #2005108990. The foreclosure complaint was filed in the office of the Clerk of the Superior Court on 12/01/2017.